456 A.2d 1085

Commonwealth v. Knowles, Appellant.

Submitted April 22, 1981. William R. Bernhart, for appellant; Charles M. Guthrie, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

Order affirmed.